

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to Sup.Ct.Prac.R. XIV(6):

**2006–1767.   State ex rel. Schwebel Baking Co. v. Indus. Comm.**
Franklin App. No. 05AP–1024.